UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:   Thomas & Patricia Barry,
         Debtors                                    Case No. 17-25387

                                                    Chapter 13
                    Debtor(s).

**NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN**

*Thomas & Patricia Barry (Debtor)* filed papers with the Court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue
> Room 126
> Milwaukee, WI 53202-4581

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming the amended Chapter 13 plan.

| | |
|---|---|
| *Attorney Name* | John A. Foscato |
| *Street Address Suite #* | PO Box 11062 |
| *City, State, Zip* | Green Bay, WI 54307 |
| *Phone No.* | (920)432-8801 |
| *Email* | attyjaf@new.rr.com |

# REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with the amendment. Designate one of the following:

    _X_ A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors, or
    ___ A motion requesting limited service is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court is amended as follows:

    Section 2 now states that the debtors shall pay $750.00 monthly for a period of 60 months.

 

All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

# CERTIFICATION

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted 11/6/17.


  /s/ John A. Foscato
*John A. Foscato*
Attorney for Debtor
Law Offices of John A. Foscato, S.C.
PO Box 11062
Green Bay, WI 54307
(920)432-8801
attyjaf@new.rr.com

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re: Thomas A. Barry, Patricia J. Barry, Debtor(s)

Case No. 17-25387
Chapter 13

# PROOF OF SERVICE BY MAIL

I, Sherri L. Williquette, declare that I am a resident of or employed in the County of Brown, State of Wisconsin. I am over the age of eighteen years of age and am not a party to this case.

On , I served the Notice and Request to Amend Unconfirmed Chapter 13 Plan on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

Associated Bank
1305 Main St.
Stevens Point, WI 54481

Barclaycard
Card Services
PO Box 13337
Philadelphia, PA 19101-3337

Brown Co Credit Union
512 E Walnut
Green Bay, WI 54301

Capital One Retail Services
Dept. 7680
Carol Stream, IL 60116

Capital One Services
PO Box 30285
SLC, UT 84130-0285

Community First Credit Union
PO Box 1487
Appleton, WI 54912

Ditech
PO Box 6172
Rapid City, SD 57709-6172

Ditech Financial LLC
fka Green Tree Servicing, LLC
345 St Peter St.
Saint Paul, MN 55102

First Premier Bank
PO Box 5519
Sioux Falls, SD 57117-5519

Gray & Associates LLP
16345 West Glendale Dr.
New Berlin, WI 53151

Internal Revenue Service
United States Treasury
PO Box 7346
Philadelphia, PA 19101-7346

Juniper Mastercard
PO Box 13337
Philadelphia, PA 19101-3337

Rise.com
PO Box 101808
Fort Worth, TX 76185

Springleaf Financial
1780 W. Mason St.
Green Bay, WI 54303

Stupar, Schuster & Bartell, S.C.
633 W. Wisconsin Ave. Ste. 1800
Milwaukee, WI 53203

Thomas & Patricia Barry
2888 Sunray Ln.
Green Bay, WI 54313

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on 11/6/17.

/s/ Sherri L. Williquette
**Signature**

Sworn and subscribed to before me this 6th day of November, 2017.

/s/ John A. Foscato
**Notary Public; my commission is permanent.**