UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Thomas & Patricia Barry

Debtors.

Case No. 17-25387

Chapter 13

## NOTICE AND REQUEST TO MODIFY CONFIRMED CHAPTER 13 PLAN

*Thomas & Patricia Barry* filed papers with the Court requesting modification of the confirmed Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to confirm the modified plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

Clerk of Bankruptcy Court
517 E. Wisconsin Avenue
Room 126
Milwaukee, WI 53202-4581

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and may enter an order confirming the modified plan.

*John A. Foscato*
*PO Box 11062*
*Green Bay, WI 54307*
*(920)432-8801*
*attyjaf@new.rr.com*

# REQUEST TO MODIFY CONFIRMED CHAPTER 13 PLAN

1. The person requesting this plan modification is:
   X the Debtor;
   __ the Chapter 13 Trustee;
   __ the holder of an unsecured claim, Name: _____

2. <u>Service:</u> A certificate of service must be filed with this request for plan modification. Designate one of the following:
   X A copy of this proposed modification has been served on the parties (the debtor, the trustee, the United States trustee and all creditors) as required by Fed. R. Bank. P. 3015(g); or

   __ A motion requesting limited service is being filed simultaneously with the Court.

3. I request the following modification of the Chapter 13 Plan last confirmed by the Court:

   Section 3.3: Springleaf Financial (now known as OneMain Financial) has been removed.

   Section 3.5: Debtors shall surrender the 2003 Ford Focus to Springleaf Financial (now known as OneMain Financial).

   Attorney John A. Foscato shall receive $300.00 for this modification.

All remaining terms of the Chapter 13 Plan confirmed on 1/25/18 are unaffected. In the event of a conflict between the terms of the confirmed Plan and the terms of this modification, the terms of this modification control.

WHEREFORE, the proponent requests that the Court approve this modification to the confirmed Chapter 13 Plan.

**CERTIFICATION**

Each proponent or the attorney for each proponent must sign this certification. If the proponent is the Debtor, the Debtor's attorney must sign this certification, and the Debtor may, but is not required to sign. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this modified Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted June 13, 2018.

/s/ John A. Foscato
*John A. Foscato*
Attorney for proponent
*Law Offices of John A. Foscato*
*PO Box 11062*
*Green Bay, WI 54307*
*(920)432-8801*
*attyjaf@new.rr.com*

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re: Thomas A. Barry, Patricia J. Barry, Debtor(s)

Case No. 17-25387
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on **June 13, 2018**, a copy of Notice and Request to Modify Confirmed Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Thomas & Patricia Barry
2888 Sunray Ln.
Green Bay, WI 54313

OneMain Financial
Attn: Officer
PO Box 3251
Evansville, IN 47731-3251

All creditors on the attached list.

VIA ECF:

Office of the United States Trustee

Rebecca Garcia; Chapter 13 Trustee

/s/ Sherri L. Williquette
Sherri L. Williquette
Law Offices of John A. Foscato
110 Packerland Dr. Ste. D
Green Bay, WI 54303
920-432-8801 Fax:920-432-8859
attyjaf@new.rr.com

Label Matrix for local noticing
0757-2
Case 17-25387-beh
Eastern District of Wisconsin
Milwaukee
Wed Jun 13 09:43:30 CDT 2018

Ditech Financial LLC
2100 E. Elliot Rd.
Bldg. 94, dept T-120
Tempe, AZ 85284-1806

Brown County Employees Credit Union
512 E Walnut St
Green Bay, WI 54301-5004

Capital One Retail Services
Dept. 7680
Carol Stream, IL 60116-0001

(p)COMMUNITY FIRST CREDIT UNION
PO BOX 1487
APPLETON WI 54912-1487

Ditech Financial LLC fka Green Tree Servicin
P.O. Box 6154
Rapid City, South Dakota 57709-6154

Internal Revenue Service
United States Treasury
PO Box 7346
Philadelphia, PA 19101-7346

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

Rise.com
PO Box 101808
Fort Worth, TX 76185-1808

Wisconsin Department of Revenue
Special Procedures Unit   Bankruptcy
P.O. Box 8901   MS 4-SPU
Madison, WI  53708-8901

Associated Bank
1305 Main Street
Stevens Point, WI 54481-2898

Barclaycard
Card Services
PO Box 13337
Philadelphia, PA 19101-3337

Brown County Employees Credit Union
c/o Martinson Law Offices
P.O. Box 891
Green Bay, WI 54305-0891

Capital One Services
PO Box 30285
SLC, UT 84130-0285

Ditech
PO Box 6172
Rapid City, SD 57709-6172

First Premier Bank
PO Box 5519
Sioux Falls, SD 57117-5519

Juniper Mastercard
PO Box 13337
Philadelphia, PA 19101-3337

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

John A. Foscato
P.O. Box 11062
Green Bay, WI 54307-1062

DITECH FINANCIAL LLC
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

Brown Co Credit Union
512 E Walnut
Green Bay, WI 54301-5004

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Ditech Financial LLC
fka Green Tree Servicing, LLC
345 St Peter St.
Saint Paul, MN 55102-1211

Gray & Associates LLP
16345 West Glendale Dr.
New Berlin, WI 53151-2841

Office of the U. S. Trustee
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202-4510

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Stupar, Schuster & Bartell, S.C.
633 W. Wisconsin Ave. Ste. 1800
Milwaukee, WI 53203-1955

Patricia J Barry
2888 Sunray Ln.
Green Bay, WI 54313-7169

Rebecca R. Garcia
Chapter 13 Trustee
PO Box 3170
Oshkosh, WI 54903-3170

Thomas A Barry
2888 Sunray Ln.
Green Bay, WI 54313-7169

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Community First Credit Union
PO Box 1487
Appleton, WI 54912

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Springleaf Financial
1780 W. Mason St.
Green Bay, WI 54303

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Associated Bank
1305 Main St.
Stevens Point, WI 54481-2898

(u)None other than joint debtors

End of Label Matrix
Mailable recipients    31
Bypassed recipients     2
Total                  33